JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LEONARD JAMES SINATRA, et al.**,<br><br>Defendants. | Case No. CV 14-07003 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Leonard James Sinatra, individually and doing business as Executive Suite, Robert Duane Vanbeveran, individually and doing business as Executive Suite, and Suite Energy, Inc., an unknown business entity doing business as Executive Suite upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Leonard James Sinatra, individually and doing business as Executive Suite, Robert Duane Vanbeveran, individually and doing business as Executive Suite, and Suite Energy, Inc., an unknown business entity doing business as Executive Suite, shall pay the plaintiff, J & J Sports Productions, Inc.,

1  $4,200.00 in total damages.

2

3      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

4  mail or by telefax or by email, copies of this Judgment on counsel for the

5  defendants or the pro se defendants in this matter.

6

7

8  Dated: June 23, 2016

9  _____

10  William Keller
    United States District Judge